# 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉

CITIZENS MUTUAL BUILDING ASSOCIATION, INCORPORATED
v. GEORGE L. BOHANNON.

January 14, 1937.

Present, All the Justices.

*Mann & Tyler*, for the plaintiff in error.

*M. T. Bohannon* and *J. Hume Taylor*, for the defendant in error.

EGGLESTON, J., delivered the opinion of the court.

The decision of this case is controlled by what we said in *Citizens Mutual Building Association Inc.* v. *Mrs. Karl C. Edwards*, decided at this term, *ante*, page 399, 189 S. E. 453. For the reasons there stated this judgment is likewise

*Affirmed.*